# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

       Plaintiff,

v.             Case No.: 1:21–cr–00163
             Honorable Sara L. Ellis

Lee Holliday

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

  MINUTE entry before the Honorable Sara L. Ellis: as to Lee Holliday (1); The Court grants Defendant's motion for leave to travel [45]. The Court allows Defendant to travel from January 20th, 2023 until January 22nd, 2023, to Miami, Florida for the purposes of conducting business in relation to boxing entertainment. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.